# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOHN WILLIAM NELSON & SARAH BETH NELSON,<br><br>　　　Plaintiff,<br>vs.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action File No.<br>)　1:14-cv-2096-JEC-ECS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF JOINT STIPULATION OF ALL PARTIES TO THE VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their counsels of record, hereby give notice of a joint stipulation to the voluntary dismissal of all claims in the above-captioned action <u>with prejudice</u>.

**Respectfully Submitted this 8th day of September, 2014.**

**THE NELSON LAW CHAMBERS, LLC**

By:　<u>/s/ John William Nelson</u>
　　　John William Nelson
　　　Georgia Bar No. 920108
　　　Norcross, Georgia 920108
　　　Telephone: (404) 348-4462
　　　Facsimile: (404) 549-6765
　　　johnwilliamnelson@mac.com

1

*Counsel for Plaintiffs*

**BEDARD LAW GROUP, P.C.**

By:   <u>/s/ Jonathan K. Aust</u>
      Jonathan K. Aust
      Georgia Bar No. 448584
      2810 Peachtree Industrial Blvd.,
      Suite D
      Duluth, Georgia 30097
      Telephone:  (678) 253-1871, ext. 203
      jaust@bedardlawgroup.com

*Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JOHN WILLIAM NELSON & SARAH BETH NELSON,   ) ) ) | |
| Plaintiff,   ) | Civil Action File No. |
| vs.   ) | 1:14-cv-2096-JEC-ECS |
| ) | |
| I.Q. DATA INTERNATIONAL, INC.,   ) ) | |
| Defendant.   ) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed NOTICE OF JOINT STIPULATION OF ALL PARTIES TO THE VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John William Nelson
**johnwilliamnelson@mac.com**

Jonathan K. Aust
**jaust@bedardlawgroup.com**

John H. Bedard, Jr.
**jbedard@bedardlawgroup.com**

Respectfully submitted this 8th day of September, 2014.

**THE NELSON LAW CHAMBERS, LLC**

/s/ John William Nelson
John William Nelson
Georgia Bar No. 920108
*Counsel for Plaintiffs*

3